*E-Filed 8/2/11*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

ERIC HOUSTON,                                    No. C 11-3207 RS (PR)

        Petitioner,                      **ORDER OF DISMISSAL**

    v.

R. LOPEZ, Warden,

        Respondent.
_____/

    This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner.  Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action.  More than 30 days have passed and petitioner has not paid the filing fee or filed a complete IFP application.  His application is incomplete because it does not include (1) a Certificate of Funds signed by an authorized prison officer, nor (2) a prison trust account statement detailing transactions for the last six months.  Accordingly, the action is DISMISSED without prejudice to (1) petitioner paying the filing fee, or (2) filing a properly completed Certificate of Funds **and** a prison trust account statement detailing transactions for the last six months.  Petitioner's application to proceed IFP (Docket No. 2) is DENIED without prejudice.  The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED**.

DATED: August 2, 2011

                            RICHARD SEEBORG
                       United States District Judge

United States District Court
For the Northern District of California